IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JEH, INC. and ERIC HINSHAW, | ) |
| Plaintiffs, | ) |
| vs. | ) No. 05-2509-MaV |
| VOLVO CONSTRUCTION EQUIPMENT RENTS, INC., et al., | ) |
| Defendants. | ) |

## ORDER DENYING MOTION FOR PROTECTIVE ORDER AS MOOT

This matter came before the court on Tuesday, July 19, 2005, for an expedited hearnig on defenadtn VFS US LLC's Motion for Expedited Protective Order, the parties' memoranda, the statement of counsel, and the entire record in this cause. At the hearing, counsel announced that they issue had been resolved, and the motion was withdrawn. Accordingly, the motion was denied as moot.

IT IS SO ORDERED this __22nd__ day of July, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __7-26-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02509 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Eugene J. Podesta
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Samuel Mays
US DISTRICT COURT