IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 28 AM 6: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JEH, INC., ET AL.,

    Plaintiffs,

VS.                              NO. 05-2509-MaV

VOLVO CONSTRUCTION EQUIPMENT,
RENTS, INC., ET AL.,

    Defendants.

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court is the July 26, 2005, motion for admission *pro hac vice* of Michael J. Lockerby. Mr. Lockerby is a member in good standing of the bar of the state of Virginia and is admitted to practice before the Virginia Supreme Court, the United States District Court for the Eastern District of Virginia, the United States Courts of Appeal for the Third, Fourth, Fifth, Sixth, Seventh, and Eleventh Circuits, and the Supreme Court of the United States. Mr. Lockerby has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and Michael J. Lockerby

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-29-05

33

is admitted to participate in this action as counsel for defendants Volvo Construction Equipment Rents, Inc. and Volvo Construction Equipment North America, Inc.

It is so ORDERED this 26th day of July, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CV-02509 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Eugene J. Podesta
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT