IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 23  AM 6:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JEH, INC., ET AL.,

    Plaintiffs,

VS.                          NO. 05-2509-Ma

VOLVO CONSTRUCTION EQUIPMENT
RENTS, INC., ET AL.,

    Defendants.

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Before the court is the August 17, 2005, motion for admission *pro hac vice* of Sean P. Trende. Mr. Trende is a member in good standing of the bar of the state of Texas and is admitted to practice before the United States Court of Appeals for the Tenth Circuit. Mr. Trende has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and Sean P. Trende is admitted to participate in this action as counsel for defendants Volvo Construction Equipment Rents, Inc. and Volvo Construction Equipment North America, Inc.

It is so ORDERED this 22nd day of August, 2005.

                                  SAMUEL H. MAYS, JR.
                                  UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on   8-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:05-CV-02509 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Eugene J. Podesta
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Margaret A. Reid
HUSCH & EPPENBERGER, LLC
200 Jefferson Avenue
Suite 1450
Memphis, TN 38103

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT