IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ＪＥ D.C.

05 SEP -6 AM 8:11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JEH, INC. AND ERIC HINSHAW,

    Plaintiffs,

VS.                                            NO. 05-2509-MaV

VOLVO CONSTRUCTION EQUIPMENT
RENTS, INC., ET AL.,

    Defendants.

### ORDER OF DISMISSAL

Plaintiffs have submitted a "Stipulation of Dismissal" indicating that this matter may be dismissed as to the defendant VFS US, LLC, d/b/a Volvo Commercial Finance. Defendant and Counter Plaintiff VFS US, LLC, d/b/a Volvo Commercial Finance also submits this Stipulation indicating that all claims in its counter complaint against JEH, Inc. and Eric Hinshaw, may be dismissed.

It is therefore ORDERED that this matter is DISMISSED without prejudice as to the defendant VFS US, LLC, d/b/a Volvo Commercial Finance.  The counter complaint against counter

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___9-12-05___

46

defendants JEH, Inc. and Eric Hinshaw is also DISMISSED without prejudice.

It is so ORDERED this 2d day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:05-CV-02509 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Sean P. Trende
KIRKLAND & ELLIS
655 Fifteenth St., N.W.
Washington, DC 20005--579

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Eugene J. Podesta
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Margaret A. Reid
HUSCH & EPPENBERGER, LLC
200 Jefferson Avenue
Suite 1450
Memphis, TN 38103

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT