IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____/_____ D.C.

05 NOV -7 AM 6:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JEH, INC., ET AL.,

    Plaintiffs,

V.                              NO. 05-2509-MaV

VOLVO CONSTRUCTION EQUIPMENT
RENTS, INC., ET AL.,

    Defendants.

ORDER GRANTING PERMISSION TO FILE REPLY

Before the court is defendant Volvo's October 28, 2005, unopposed motion to file a reply in further support of its motion to compel arbitration and in opposition to plaintiffs' motion to compel production of documents. For good cause shown, the motion is granted and Volvo may file its reply in the form attached as an exhibit to the motion for permission to file reply.

It is so ORDERED this 4th day of November, 2005.

                                                      _____
                                                      SAMUEL H. MAYS, JR.
                                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:05-CV-02509 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Sean P. Trende
HUNTON & WILLIAMS- Richmond
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219--407

Margaret A. Reid
HUSCH & EPPENBERGER, LLC
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Michael J. Lockerby
HUTTON & WILLIAMS, LLP
951 East Byrd St.
Riverfront Plaza, East Tower
Richmond, VA 23219

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Eugene J. Podesta
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT