IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 14  PM 4: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JEH, INC. and
ERIC HINSHAW,

    Plaintiffs,

vs.

        No. 05:2509 MaV

VOLVO CONSTRUCTION EQUIPMENT
RENTS, INC.; VOLVO CONSTRUCTION
EQUIPMENT NORTH AMERICA, INC.;
VOLVO COMMERCIAL FINANCE LLC
THE AMERICAS; and
SCOTT CONSTRUCTION EQUIPMENT
CO., LLC,

    Defendants.

---

### ORDER

---

Upon consideration of Plaintiffs unopposed Motion for Leave to File a Reply Brief and accompanying Memorandum in Support of that Motion, it is hereby ORDERED that the Motion is ~~GRANTED and Plaintiffs may file the reply brief attached as Exhibit 1 to that Motion.~~ *denied as moot*

_____
United States District Judge
*Magistrate*

Date:   November ___14___, 2005

66

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:05-CV-02509 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Sean P. Trende
HUNTON & WILLIAMS- Richmond
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219--407

Margaret A. Reid
HUSCH & EPPENBERGER, LLC
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Eugene J. Podesta
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Michael J. Lockerby
HUTTON & WILLIAMS, LLP
951 East Byrd St.
Riverfront Plaza, East Tower
Richmond, VA 23219

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT