IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV 22  AM 7:13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JEH, INC., and ERIC HINSHAW,

    Plaintiffs,

VS.                                             NO. 05-2509-MaV

VOLVO CONSTRUCTION EQUIPMENT
RENTS, INC., ET AL.,

    Defendants.

---

### ORDER DENYING MOTION TO COMPEL MEDIATION AS MOOT

On October 11, 2005, plaintiffs filed a motion to compel court ordered mediation in this matter. On November 8, 2005, plaintiff filed notice of withdrawal of its motion to compel mediation. Plaintiff's motion to compel court ordered mediation [D.E. No. 48] is therefore DENIED as MOOT.

It is so ORDERED this 18th day of November, 2005.

                                              SAMUEL H. MAYS, JR.
                                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 75 in case 2:05-CV-02509 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Eugene J. Podesta
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Sean P. Trende
HUNTON & WILLIAMS- Richmond
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219--407

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Michael J. Lockerby
HUTTON & WILLIAMS, LLP
951 East Byrd St.
Riverfront Plaza, East Tower
Richmond, VA 23219

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Margaret A. Reid
HUSCH & EPPENBERGER, LLC
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT