IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JEH, INC., ET AL.,

    Plaintiffs,

VS.                            NO. 05-2509-MaV

VOLVO CONSTRUCTION EQUIPMENT
RENTS, INC., ET AL.,

    Defendants.

---

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

---

Before the court is the plaintiffs' November 21, 2005, unopposed motion requesting an extension of time within which to file a response to the defendant Scott Construction Equipment Co.'s motion for summary judgment. For good cause shown, the motion is granted. The plaintiffs shall have additional time to and including February 1, 2006, within which to file a response. It is so ORDERED this 29th day of November, 2005.

                            SAMUEL H. MAYS, JR.
                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 81 in case 2:05-CV-02509 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Eugene J. Podesta
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Michael J. Lockerby
HUTTON & WILLIAMS, LLP
951 East Byrd St.
Riverfront Plaza, East Tower
Richmond, VA 23219

Sean P. Trende
HUNTON & WILLIAMS- Richmond
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219--407

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Margaret A. Reid
HUSCH & EPPENBERGER, LLC
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT